*E-Filed 6/30/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES HARDEN BROOKS, | No. C 13-4886 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| KEVIN R. CHAPPELL, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file an opposition to respondent's motion to dismiss (Docket No. 5) is GRANTED. The opposition shall be filed on or before September 1, 2014. The Clerk shall terminate Docket No. 5.

**IT IS SO ORDERED**.

DATED: June 30, 2014

RICHARD SEEBORG
United States District Judge